DECEMBER 11, 2001

No. 01–7288 (01A443). PARKER *v.* GEORGIA STATE BOARD OF PARDONS AND PAROLES ET AL. C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.